No. 57447.—Albert F. Maurer Co. *v.* United States, protest 191770–K (Philadelphia).

Opinion by Lawrence, J. It was stipulated that the merchandise consists of scrap which is a nonferrous material or article in chief value of metal and that it is secondhand or waste or refuse fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

Before the Third Division, July 28, 1953

No. 57448.—Donald W. Johnson *v.* United States, protest 194253–K (Buffalo).

Opinion by Johnson, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57449.—Jean Papantonopoulos *v.* United States, protest 198629–K (New York).

Opinion by Johnson, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57450.—Hudson Shipping Company, Inc. *v.* United States, protest 201919–K (New York).

Opinion by Johnson, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57451.—H. W. St. John & Company *v.* United States, protest 203088–K (New York).

Opinion by Johnson, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.